

# Fourth Court of Appeals
## San Antonio, Texas

May 23, 2019

No. 04-19-00336-CV

**IN RE** Eduardo "Eddie" **RAMIREZ** & Basilio Villarreal,

From the 229th Judicial District Court, Starr County, Texas
Trial Court No. DS-19-222
Carlos Valdez, Judge Presiding

# O R D E R

The Emergency Request to Vacate Stay filed by the real parties in interest is DENIED.

It is so **ORDERED** on May 23, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court